JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br>　　　　Petitioner,<br>　　v.<br>RALPH DIAZ, Secretary,<br>　　　　Respondent. | Case No. CV 19-6486-SP<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum and Order Dismissing Habeas Corpus Petition and Denying Stay Motion filed contemporaneously with the filing of this Judgment,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated:  July 6, 2020

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE